## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

PAUL C. WORLTON, INDIVIDUALLY
AND AS GENERAL PERSONAL
REPRESENTATIVE OF THE ESTATE
OF PHILL WORLTON,
PLAINTIFFS

VERSUS

TAKED PHARMACEUTICALS
AMERICA, INC.; TAKEDA
PHARMACEUTICALS U.S.A., f/k/a
TAKEDA PHARMACEUTICALS
NORTH AMERCIA, INC., and TAKEDA
PHARMACEUTICAL COMPANY
LIMITED;
DEFENDANTS

MISC. CASE NO. 16-mc-72

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

### REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, PHILL WORLTON

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of Paul C. Worlton (surviving son) as General Personal Representative and Derivative of the Estate of Phill Worlton; and Brent Worlton, Brenda Sayer and Paula Isom as Derivative Claimants and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiffs, Paul C. Worlton as General Personal Representative and Derivative; and Brent Worlton, Brenda Sayer and Paula Isom as Derivative

Claimants individually and as legal heirs to the Estate of Phill Worlton deceased, and Takeda, as notice to the Court on  October 31, 2016 be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this  2nd  of  November , 2016.

HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE